IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


KARANYA MARQUIS DUDLEY                                                    PLAINTIFF

v.                              Case No. 4:25-cv-4101

ZOE JACKSON; JACOB MEADOWS; DOE;
JERRY MARTIN; CONNIE MITCHELL;
MATT STEPHANS; JUDGE CARLTON JONES;
JUDGE WREN AUTREY; JUDGE BRENT HALTEN;
JUDGE TAMMY POTTER; and AMY FREEDMAN                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 17, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Singleton recommends that this case be dismissed without prejudice for failure to comply with the Court's Local Rules and orders.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of March, 2026.


                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge